IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Eunice Husband, | ) | C.A. No. 9:05-1564-TLW-GCK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Patrick Lovett, Senior Officer; | ) | |
| Johnny Sheffield, Senior Officer; and | ) | |
| FCI Estill, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate George C. Kosko, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In his Report, Magistrate Judge Kosko recommends that the defendants' motion to dismiss be granted. (Doc. # 23). The Report was filed on January 26, 2006. No objections have been filed.[1]

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of

---

[1] The Report was initially sent to the plaintiff at the last address provided by plaintiff, on file with the clerk's office. The Report was returned as undeliverable, with an indication that plaintiff had been moved to FCI-Beaumont. Out of an abundance of caution, the Report was sent again to this second address and the time period for objections was extended. The Report was not returned, and no objections have been filed.

1

2

the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED**  that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 23),  and defendants' motion to dismiss is granted (Doc. # 17).

**IT IS SO ORDERED.**

    s/ Terry L. Wooten
**TERRY L. WOOTEN**
**UNITED STATES DISTRICT JUDGE**

April 27, 2006
Florence, South Carolina

2